**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| CAITLYN PITRE § | |
| § | CASE NO. 3:17-cv-01546-BAJ-RLB |
| v. § | |
| § | |
| NATIONWIDE MUTUAL INSURANCE § | |
| COMPANY § | |

*Consolidated with:*

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| GABRIEL ORTIZ § | |
| § | CASE NO. 3:17-cv-1547-JWD-EWD |
| v. § | |
| § | |
| NATIONWIDE MUTUAL INSURANCE § | |
| COMPANY § | |

*Applies to:  Both cases*

### DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S UNOPPOSED MOTION TO CONTINUE DISCOVERY CONFERENCE

Defendant, Nationwide Mutual Insurance Company ("Nationwide"), through its undersigned attorneys, submits this Unopposed Motion to Continue Discovery Conference currently set for October 2, 2018 at 11:00 am.  In support thereof, Defendant states as follows:

1. The above matter is currently set for an in-person discovery conference on October 2, 2018 at 11:00 am. .

2. The national counsel for Nationwide who is the primary attorney handling discovery issues, Justin Fine, was overseas at the time of the setting of the conference and will be unable to participate in the October 2, 2018 discovery conference due to the same overseas trip. The remaining counsel at Mr. Fine's firm who could potentially handle this matter have

scheduling conflicts.

3.      The undersigned has sought, and has received, the consent of plaintiff's counsel for a continuance.  Plaintiff counsel has no opposition to this Motion to Continue.

4.      The undersigned therefore requests a continuance of three (3) days or more, to a later date amenable to the Court's schedule, of the discovery conference currently set for October 2.

WHEREFORE, Defendant Nationwide requests that the Court re-set the aforementioned discovery conference for no earlier than Friday, October 5, 2018 and to a date otherwise amenable to this Honorable Court's schedule.

 

Respectfully Submitted,

*/s/ David A. Pote*
JAMES R. SUTTERFIELD (#12597)
DAVID A. POTE (#32967)
SUTTERFIELD & WEBB, LLC
650 Poydras Street, Suite 2715
New Orleans, Louisiana 70130
Tel: (504) 598-2715
Fax: (504) 529-7197
E-mail: dpote@swslaw.com

PATRICIA MCHUGH LAMBERT
JUSTIN E. FINE
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road
Suite 500
Towson, Maryland 21204
Tel: (410)938-8800
Fax: (410)832-5628
plambert@pklaw.com
jfine@pklaw.com

***Attorneys for Defendant, Nationwide Mutual***

*Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26th, 2018, a copy of the Motion to Continue Discovery Conference was served via the Court's ECF/CM system on the following:

Rajan Pandit, Esquire
Casey Czjaka DeReus, Esquire
Henry John Roth, Esquire
Jason M. Baer, Esquire
John Dennis Carter, Esquire
Sandra D. Guidry, Esquire
Pandit Law Firm, LLC
701 Poydras Street, Suite 3950
New Orleans, LA 70139
*Attorneys for Plaintiffs*

                              */s/ David A. Pote*
                              DAVID A. POTE (#32967)