UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CAITLYN PITRE** § | |
| § | **CASE NO. 3:17-cv-01546-BAJ-RLB** |
| v. § | |
| § | |
| **NATIONWIDE MUTUAL INSURANCE** § | |
| **COMPANY** § | |
| § | |
| § | |

*Consolidated with:*

| | |
|---|---|
| **GABRIEL ORTIZ** § | |
| § | **CASE NO. 3:17-cv-1547-BAJ-RLB** |
| v. § | |
| § | |
| **NATIONWIDE MUTUAL INSURANCE** § | |
| **COMPANY** § | |
| § | |
| § | |

*Applies to: Both cases*

## ORDER

Considering Defendant Nationwide Mutual Insurance Company's Unopposed Motion to Continue Discovery Conference (R. Doc. 38),

**IT IS ORDERED** that the in-person discovery conference set for October 2, 2018 at 11:00 a.m. is **RESET** for **11:00 a.m. on October 11, 2018** in Courtroom 6 before Magistrate Judge Richard L. Bourgeois, Jr.:

- 17-1546-BAJ-RLB, *Pitre v. Nationwide Mutual Insurance Company,* R. Doc. 34, filed by Sutterfield & Webb, LLC against clients of The Pandit Law Firm

Signed in Baton Rouge, Louisiana, on September 27, 2018.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**